**UNPUBLISHED**

**UNITED STATES COURT OF APPEALS**

**FOR THE FOURTH CIRCUIT**

DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS, UNITED
STATES DEPARTMENT OF LABOR,
<u>Petitioner,</u>

v.

NEWPORT NEWS SHIPBUILDING AND

No. 96-2625

DRY DOCK COMPANY,
<u>Respondent,</u>

and

SUSAN CAMPBELL,
<u>Claimant.</u>

On Petition for Review of an Order
of the Benefits Review Board.
(94-240)

Argued: July 7, 1997

Decided: September 2, 1997

Before LUTTIG and WILLIAMS, Circuit Judges, and
Joseph F. ANDERSON, Jr., United States District Judge for the
District of South Carolina, sitting by designation.

_____

Remanded with instructions by unpublished per curiam opinion.

_____

**COUNSEL**

**ARGUED:** Joshua Thomas Gillelan, II, Senior Attorney, Office of
the Solicitor, UNITED STATES DEPARTMENT OF LABOR,

WASHINGTON, D.C., for Petitioner. Benjamin McMullan Mason, MASON & MASON, P.C., Newport News, Virginia, for Respondent. **ON BRIEF:** J. Davitt McAteer, Acting Solicitor of Labor, Carol A. De Deo, Associate Solicitor, Office of the Solicitor, UNITED STATES DEPARTMENT OF LABOR, Washington, D.C., for Petitioner.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

_____

**OPINION**

PER CURIAM:

The present appeal was taken based upon Section 8(f) of the Longshoreman's Act. 33 U.S.C. § 908(f). This case was decided by an Administrative Law Judge (ALJ) on September 21, 1993. After the ALJ reached his decision, this court decided Director, OWCP v. Newport News Shipbuilding & Dry Dock Co. (Harcum), 8 F.3d 175 (4th Cir. 1993). The court remands the matter to the ALJ for further findings in light of Harcum.

REMANDED WITH INSTRUCTIONS

2